UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES A. BATTLE, JR.,<br><br>                           Plaintiff,<br>     v.<br><br>ELDON VAIL, EARL X. WRIGHT, DAWN THOMPSON, MAGGIE MILLER-STOUT, JANE DOE (CINDY, INMATE BANKING), BARBARA PARRY, CHARLES MALONE, and HENRY BROWN,<br><br>                           Defendants. | No. C10-5205 RBL/KLS<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

    1)    The Court adopts the Report and Recommendation.

    2)    Defendants' motion to dismiss (Dkt. 16) is **GRANTED**.

    3)    The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendant and to the Hon. Karen L. Strombom.

**DATED** this 24th day of September, 2010.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION - 1