# United States District Court

WESTERN DISTRICT OF WASHINGTON

JAMES A. BATTLE, JR.,

       Plaintiff,

       v.

ELDON VAIL, EARL X. WRIGHT, DAWN THOMPSON, MAGGIE MILLER-STOUT, JANE DOE (CINDY, INMATE BANKING), BARBARA PARRY, CHARLES MALONE, and HENRY BROWN,

       Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C10-5205 RBL/KLS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1) The Court adopts the Report and Recommendation; and

(2) Defendants' motion to dismiss (Dkt. 16) is **GRANTED**.

| September 27, 2010 | WILLIAM M. McCOOL |
|---|---|
| Date | Clerk |

                                              *s/ Mary Trent*
                                                Deputy Clerk